## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 496 EAL 2014
:
           Respondent    :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v.             :
:
:
:
CURTIS BARBEE,         :
:
           Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.